

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUDGE MARRERO**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 5 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

CIV 6340

IN RE: MUNICIPAL DERIVATIVES
ANTITRUST LITIGATION

MDL No. 1950

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On June 16, 2008, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Victor Marrero.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Marrero.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 16, 2008, and, with the consent of that court, assigned to the Honorable Victor Marrero.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUL 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,                  CLERK

BY _____
DEPUTY CLERK

**IN RE: MUNICIPAL DERIVATIVES**
**ANTITRUST LITIGATION**                                    MDL No. 1950

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA NORTHERN
CAN  3    08-2116        City of Oakland, California v. AIG Financial Products Corp., et al.

DISTRICT OF COLUMBIA
DC   1    08-955         Central Bucks School District v. Bank of America, N.A.
DC   1    08-956         Central Bucks School District v. Wachovia Bank, N.A., et al.