UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In Re MUNICIPAL DERIVATIVES       :
ANTITRUST LITIGATION              :     MDL No. 1950
                                  :     Master Docket No. 08-02516 (VM)(JCF)
                                  :
                                  :     AFFIDAVIT OF SERVICE
THIS DOCUMENT RELATES TO:         :
ALL ACTIONS                       :
------------------------------------------------------X

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

       JEANETTE ARIOLA, being duly sworn, deposes and states:

       I am not a party to this proceeding, am over 18 years of age and am employed by Schulte Roth & Zabel LLP.

       On August 7, 2008, deponent served the Notice of Appearance of Harry S. Davis upon the following at the addresses designated for that purpose:

SEE ATTACHED LIST

       Said service was made by depositing true copies of said documents, enclosed in post-paid sealed wrappers, properly addressed, and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                        _____
                                            JEANETTE ARIOLA

Sworn to before me this
7th day of August, 2008.

_____
Notary Public

PATRICIA A. BOTTI
Notary Public, State of New York
No. 01BO4984062
Qualified in New York County
Commission Expires July 15, 2011

10728449.1

| | |
|---|---|
| Andrew Kingsdale<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | David Eggert<br>Arnold & Porter, LLP (DC)<br>555 Twelfth Street, N.W.<br>Washington, DC 20004 |
| Douglas L. Wald<br>Arnold & Porter LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 | Eric B. Fastiff<br>Lieff, Cabraser, Heiman & Bernstein, L.L.P.<br>275 Battery Street<br>San Francisco, CA 94111-3339 |
| H. Lee Godfrey<br>Susman Godfrey LLP(TX)<br>1000 Louisiana Street<br>Suite 5100<br>Houston, TX 77002 | Marc M. Seltzer<br>Susman Godfrey, L.L.P.<br>1901 Avenue of the Stars<br>Suite 950<br>Los Angeles, CA 90067-6029 |
| Michael W. Byrne<br>Brownstein, Hyatt & Farber, P.C<br>410 Seventeenth Street, 22nd Floor<br>Denver, CO 80202 | Precious Tyrone Martin<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street<br>24th Floor<br>New York, NY 10019 |

1728437.1

| | |
|---|---|
| Richard M. Heimann<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111 | William A. Isaacson<br>Boies, Schiller & Flexner L.L.P.<br>5301 Wisconsin Avenue, N.W.<br>Suite 800<br>Washington, DC 20015 |
| C. Andrew Dirksen<br>Gold, Bennett, Cera, & Sidener, LLP<br>595 Markeet Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | Christopher Cormier<br>Cohen, Milstein, Hausfeld & Toll, PLLC (DC)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 |
| Christopher L. Lebsock<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 | Craig T. Stewart<br>Arnold & Porter, LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Gerald J. Rodos<br>Barrack, Rodos & Bacine<br>Suite 2100<br>3300 Two Commerce Square<br>Philadelphia, PA 19103 | Jon King<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>One Embarcadero Center<br>Suite 2440<br>San Francisco, CA 94111 |

| | |
|---|---|
| Laurence S. Berman<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106 | Mark J. Botti<br>Akin, Gump, Strauss, Hauer & Feld, LLP (DC)<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036 |
| Megan E. Jones<br>Cohen, Milstein, Hausfeld & Toll, PLLC (DC)<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005 | Michael D. Hausfeld<br>Cohen, Millstein, Hausfeld & Toll P.L.L.C.<br>1100 New York Avenue, N.W.<br>West Tower, Suite 500<br>Washington, DC 20005 |
| Paul F. Bennett<br>Gold Bennett Cera & Sidener, LLP<br>595 Market Street<br>2300<br>San Francisco, CA 94105-2835 | Ricahrd A. Koffman<br>Cohen, Milstein, Hausfeld & Toll, PLLC<br>West Tower, Suite 500<br>1100 New York Avenue, North West<br>Washington, DC 20005 |
| Steven O. Sidener<br>Gold, Bennett, Cera & Sidener L.L.P.<br>595 Market Street<br>Suite 2300<br>San Francisco, CA 94105-2835 | Vincent J. Esades<br>Heins Mills & Olson, P.L.C.<br>3550 IDS Center<br>310 Clifton Avenue<br>Minneapolis, MN 55403 |

)728437.1